# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA M. JACKSON, Legal Guardian for Minor Child,<br><br>        Plaintiff<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:14-cv-00970-SMS<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT FILING FEE OR APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

On June 20, 2014, Plaintiff Andrea M. Jackson filed a complaint on behalf of a minor child for whom she is the legal guardian, seeking to appeal Defendant Commissioner's denial of the child's application for supplemental security income ("SSI") pursuant to Title XVI of the Social Security Act (42 U.S.C. § 301 *et seq.*) (the "Act").  Plaintiff neither paid the $400.00 filing fee for the complaint nor applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Under Section 1915, a person may bring suit without paying the filing fee upon submission of an affidavit setting forth detailed information regarding his or her financial assets and inability to pay the filing fee.)  The lawsuit cannot proceed in the absence of a paid filing fee or an order approving the application to proceed *in forma pauperis.*

Accordingly, the Court hereby ORDERS Plaintiff Andrea M. Jackson to submit either the $400.00 filing fee or a completed application to proceed *in forma pauperis* to the Clerk of Court. The Clerk of Court is directed to include a copy of the application form when it mails this order to

1

1  Plaintiff.  If Plaintiff fails either to pay the filing fee or to return the completed application within
2  thirty (30) days of this order, this Court shall dismiss the complaint for failure to prosecute without
3  further notice.

IT IS SO ORDERED.

Dated:   **June 24, 2014**                              **/s/ Sandra M. Snyder**
                                                       UNITED STATES MAGISTRATE JUDGE