# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA M. JACKSON, legal guardian for minor child,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:14-cv-00970-SMS<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA |

　　　On June 20, 2014, proceeding *pro se*, Plaintiff Andrea M. Jackson, a legal guardian acting on behalf of her minor ward Jasaries D. Haney, filed a complaint appealing the Commissioner's denial of supplemental security income to Jasaries Haney.  Ms. Jackson and Jasaries Haney reside in Stockton, San Joaquin County, California.

　　　A claimant aggrieved by the Commissioner's administrative decision must file suit in the judicial district in which he or she resides or has a principal place of business.  42 U.S.C. §405(g).  A case brought by a claimant residing in San Joaquin County is properly filed in the Sacramento Division of the U.S. District Court, Eastern District of California.  When a claimant files in the wrong district, the Court may transfer the complaint to the proper district.  42 U.S.C. §405(g).

　　　Accordingly, the Court hereby ORDERS that this case be transferred to the Sacramento Division of the Eastern District of California.

IT IS SO ORDERED.

　　　Dated:　__**July 14, 2014**__　　　　　　　　__/s/ Sandra M. Snyder__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1