UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA JACKSON, on behalf of J.H., a minor child,<br><br>             Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant. | No.  2:14-1659 CKD PS<br><br>ORDER |

   This action, seeking judicial review of a final decision of the Commissioner of Social Security, was filed pro se on behalf of a minor child.  A minor can only proceed if represented by counsel.  <u>Johns v. County of San Diego</u>, 114 F.3d 874 (9th Cir. 1997).  Plaintiff will therefore be granted thirty days in which to obtain counsel.

   Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to obtain counsel and file a substitution of attorney.  Failure to obtain counsel will result in a recommendation this action be dismissed without prejudice.

Dated:  July 16, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 jackson.ss.minor