1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANDREA JACKSON, on behalf of J.H., a          No.  2:14-1659 CKD PS
      minor child,
12
                          Plaintiff,
13

14              v.                                   ORDER AND

15    CAROLYN W. COLVIN, Acting                      FINDINGS AND RECOMMENDATIONS
      Commissioner of Social Security,
16
                          Defendant.
17

18

19          This action, seeking judicial review of a final decision of the Commissioner of Social

20    Security, was filed pro se on behalf of a minor child.  A minor can only proceed if represented by

21    counsel.  Johns v. County of San Diego, 114 F.3d 874 (9th Cir. 1997).  By order filed July 16,

22    2014, plaintiff was granted thirty days to obtain counsel and file a substitution of attorney.  On

23    August 19, 2014, plaintiff was granted an additional thirty days to obtain counsel.  Plaintiff was

24    cautioned that failure to obtain counsel would result in a recommendation this action be dismissed

25    without prejudice.  No substitution of attorneys has been filed.  Plaintiff has instead filed a motion

26    to proceed without counsel.  As discussed above, this action cannot proceed on behalf of the

27    minor child without counsel.

28    /////

                                                    1

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of Court is directed to assign a District Judge to this action;

2.  Plaintiff's motion to proceed without representation (ECF No. 11) is denied; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 23, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 jackson.ss.minor.57

2